A97A2505, A97A2506. FORD et al. v. UNIROYAL GOODRICH TIRE COMPANY et al. (two cases).
(521 SE2d 198)

SMITH, Judge.

In *Ford v. Uniroyal Goodrich Tire Co.*, 270 Ga. 730 (514 SE2d 201) (1999), the Supreme Court reversed the judgments of this court affirming the trial court's grant of appellees' motions to transfer the cases from Fulton County. *Ford v. Uniroyal Goodrich Tire Co.*, 231 Ga. App. 11 (497 SE2d 596) (1998). Accordingly, our judgments in those cases are vacated, the judgment of the Supreme Court is made the judgment of this court, and the trial court's orders are reversed.

*Judgments reversed. McMurray, P. J., Pope, P. J.,[1] Andrews, Ruffin, Eldridge, JJ., and Senior Appellate Judge Harold R. Banke[2] concur.*

DECIDED JUNE 11, 1999.

*Smolar, Roseman, Brantley & Seifter, Yehuda Smolar, G. Grant Brantley, James I. Seifter, Antoinette D. Johnson, Gregory, Christy & Maniklal, Hardy Gregory, Jr.*, for appellants.

---

[1] For A. W. Birdsong, Jr., P. J., who is deceased.
[2] For Dorothy T. Beasley, P. J., who has resigned.

*Love & Willingham, Daryll Love, Allen S. Willingham, Robert P. Monyak*, for appellees.